ENA KUNZER v. EDWARD J. KUNZER.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ. [See *ante,* p. 1022.]

ESTELLE WEILL v. LEON WEILL.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ. [See *ante,* p. 948.]

ISIDORE GROSSMAN et al., Copartners Doing Business under the Name of GROSSMAN CLOTHING COMPANY, v. WINOLA SILK MILLS, INC., et al.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with $10 costs and stay vacated. Concur — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ. [See *ante,* p. 1022.]

DELLA M. GRATTAN et al., Doing Business as D. M. GRATTAN Co., Respondents, v. SOCIETA PER AZZIONI COTONIFICIO CANTONI, Appellant, et al., Defendant.— Order affirmed, with $20 costs and disbursements to plaintiffs-respondents. The order of this court dated April 26, 1955, and entered May 6, 1955, is vacated. Peck, P. J., Cohn, Bastow and Botein, JJ., concur in decision; Callahan, J., dissents, in part, in dissenting opinion. [See *ante,* p. 1042.]

(May 12, 1955.)

EDWARD C. MAGUIRE et al., Copartners Doing Business under the Name of MAGUIRE, FRUTKIN, WALDIE & RIPPE, v. GEORGE P. MONAGHAN, as Commissioner of and Constituting the State Harness Racing Commission, et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs, and the order of this court, entered April 26, 1955, vacated. Concur — Peck, P. J., Cohn, Callahan, Breitel and Bastow, JJ. [See *ante,* pp. 926, 1049.]

THE PEOPLE OF THE STATE OF NEW YORK v. CARLOS RODRIGUEZ.— Motion to dismiss appeal granted. Concur — Peck, P. J., Callahan, Breitel, Bastow and Rabin, JJ.

In the Matter of BRUNO SHAW, as Chairman of the Committee of Tenants of 210 West 78th Street, New York, et al., Appellants, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent, and PERMA REALTY CORP., Intervenor-Respondent.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Callahan, Breitel, Bastow and Rabin, JJ.